## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FOSTER D. WATKINS,

                    Petitioner,

     vs.

STATE OF NEBRASKA,

                    Respondent.

**4:20CV3159**


**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus (Filing 1) and Motions for Leave to Proceed in Forma Pauperis (Filings 5 and 8). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (see inmate trust account statement at Filing 9), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motions for Leave to Proceed in Forma Pauperis (Filings 5 and 8) are granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 28th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge