IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FOSTER D. WATKINS,

           Petitioner,

vs.

STATE OF NEBRASKA,

           Respondent.

4:20CV3159

**ORDER**

    Petitioner has filed what appears to be a habeas corpus petition that should have been brought pursuant to 28 U.S.C. § 2254. The petition filed violates Rule 2(d) of the Rules governing § 2254 cases in the United States District Courts. In other words, the Petitioner has not submitted the standard form or one that substantially follows the standard form. Therefore,

    IT IS ORDERED that:

    (1)    The petition (Filing 1) is dismissed without prejudice.

    (2)    The Petitioner is given until March 8, 2021, to file a proper petition. If he fails to do so, judgment will be entered dismissing this case without prejudice.

    (3)    The Clerk of Court shall mail Petitioner a copy of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 form.

    Dated this 4th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge